Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
DRAKE & DRAKE, P.C.
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.475.1880
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRINA FOSTER, on behalf of, C.S. and Z.S., minors,<br><br>　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　Defendant. | CASE NO.: 2:18-cv-04044-KES<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($2,400.00) subject to the terms of the stipulation.

DATED: October 15, 2019

　　　　　　　　　　　　　　　　　/s/ Karen E. Scott
　　　　　　　　　　　　　　　　　HON. KAREN E. SCOTT
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE